## OFFICERS RETURN OF SERVICE   **ORIGINAL**

COUNTY: SOUTHERN DIST.   CASE # H020843   COURT
Clt. Ref.# MARIS, NICK   Clt.#   102

KINGVISION PAY-PER-VIEW LTD.

VS

NICK MARIS AND P.M.E. CORPORATION, DOING BUSINESS AS SPORTSMEN'S CAFE

The documents came to our hand for service on 04/01/02   Time: 09:30:00

Documents received for service:

**SUMMONS, COMPLAINT; REQUESTS FOR ADMISSIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS ON DEFENDANTS; PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANTS; PLAINTIFF'S FIRST**

The documents were delivered on **04/20/02   Time: 13:20:00**

Executed at: 634 N. 13th St.
             Harlingen, TX 78550

to the following: **Maris, Nick**
                  **D/B/A Sportsmen's Cafe**

✓    PERSONALLY delivering the document(s) to the person above.
_____ SUBSTITUTE SERVICE per Order by delivering to _____ in person who is sixteen (16) years of age or older, at the above listed address which is the usual place of abode/business of the above named person.
_____ POSTING per Order by securely affixing to the main entry way at the above address.

_____
Eddie M Gonzalez

### AFFIDAVIT

I, am over the age of eighteen, not a party to nor interested in the outcome of the above suit, I have studied and am familiar with the TEXAS RULES OF CIVIL PROCEDURE, VERNON'S TEXAS CIVIL STATUTES, CIVIL PRATICE AND REMEDIES CODE and all other applicable rules and other applicable rules and statutes relating to service of citation and/or notices.

_____
Service Fee:_____          Eddie M Gonzalez
                                Professional Civil Process Brownsville
Witness Fee Tendered:_____    700 Paredes Ave. Suite 208
                                Brownsville, Texas 78520
STATE OF TEXAS}
                    VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized person known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn declared that the statements therein contained are true and correct. Given my hand and seal of office this ___ day of _____ 2002.



_____
NOTARY PUBLIC SIGNATURE

JUANITA G. SALDIVAR
MY COMMISSION EXPIRES
February 02, 2005

United States Courts
Southern District of Texas
FILED

MAY 0 1 2002

Michael N. Milby, Clerk

In the United States District Court
For the Southern District of Texas
Brownsville Division

KingVision Pay-Per-View Ltd.　　　　　　　　　　+　Civil Case
　　Plaintiff　　　　　　　　　　　　　　　　　　　　　　+
　　　　　　　　　　　　　　　　　　　　　　　　　　　　+
Versus

H-02 - 0843

Nick Maris, Defendant;
and
P.M.E. Corporation,
doing business as Sportsmen's Café
　　Defendants

B-03-021

## SUMMONS

To Nick Maris, Defendant; and and P.M.E. Corporation doing business as Sportsmen's Cafe, Defendant, by serving Mitsy Michelle Maris, registered agent for service of P.M.E. Corporation, at 100 South Port Dr, P. O. Box 51 Port Mansfield, Texas 78598. Nick Maris can be served at 634 North 34th Street, Harlingen, Texas 78598.

You are summoned and required to serve upon Riecke Baumann, Plaintiff's attorney, whose address is 1601 Westheimer Road, Port Mansfield, Texas 77006, an answer to the complaint which is served upon you, within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

Copies of the Plaintiff's Interrogatories, Plaintiff's Request for Production of Documents and Things, and Request for Admissions of Fact were served with the Complaint and Summons. Riecke Baumann will keep the original copies in his files until the trial and all appeals are concluded.

MICHAEL N. MILBY
_____
Michael Milby
Clerk of Court

_____　　　MAR 0 6 2002
Deputy Clerk　　　　　　　　　　　　　Date

　　Note: This summons is issued pursuant, to Rule 4 of the Federal Rules of Civil Procedure.