In the United States District Court
For the Southern District of Texas
Brownsville Division

United States District Court
Southern District of Texas
FILED

MAY 1 0 2002

Michael N. Milby
Clerk of Court

KingVision Pay-Per-View Ltd.
    Plaintiff

Versus

Nick Maris, Defendant;
And
P.M.E. Corporation,
Doing business as Sportsmens Café
    Defendants

+ Civil Case
+
+
H – 02 -0843

B-03-021

## RESPONSE

P.M.E. CORPORATION, DBA, SPORTSMENS CAFÉ, AND MITSY MICHELLE MARIS, PRESIDENT, BEING DEFENDANTS IN THE ABOVE LAW SUIT HEREIN DENY THE FOLLOWING STATEMENS MADE IN THE ABOVE CASE, STARTING WITH SUMMARY OF FACTS THRU COUNT ONE AND COUNT TWO.

STARTING WITH SUMMARY OF FACTS, I HEREIN DENY THE FOLLOWING PARAGRAPHS.

OPENING SUMMARY OF FACTS: DENY

4: DENY

13: DENY

14: DENY

15: DENY

16: DENY

17: DENY

1

**18: DENY**

### COUNT 1, VIOLATION OF 47 U.S.C. 553

**20: DENY**

**22: DENY**

**23: DENY**

**24: DENY**

**25: DENY**
   **(A) DENY**
   **(B) DENY**
   **(C) DENY**

### COUNT 11, VIOLATION OF 47 U.S.C. 605

**27: DENY**

**28: DENY**

**29: DENY**

**30: DENY**

**31: DENY**
   **(A) DENY**
   **(B) DENY**
   **(C) DENY**

RESPECTFULLY SUBMITTED

*Mitsy Michelle Maris*

MITSY/MICHELLE MARIS
PRESIDENT
P.M.E. CORPORATION
P.O. BOX 51
PORT MANSFIELD, TEXAS 78598
PHONE 956-944-2899
PHONE 956-364-2862