ORIGINAL

DECLARATION OF NOT FOUND
(DUE AND DILIGENT SEARCH)

CASE# H020843                Court #                    FGN/CSE# P.M.E. CORP.

KINGVISION PAY-PER-VIEW LTD.

VS.                                        B-03-021

NICK MARIS AND P.M.E. CORPORATION, DOING BUSINESS AS SPORTSMEN'S
CAFE

United States Courts
Southern District of Texas
FILED
AUG 0 7 2002
Michael N. Milby, Clerk

I, **Eddie M Gonzalez**, on the following dates, was over the age of 18 years; and was not a party to this action.

I, received a SUMMONS, COMPLAINT; REQUESTS FOR ADMISSIONS, INTERROGATORIES
AND REQUESTS FOR ADMISSIONS ON DEFENDANTS; PLAINTIFF'S FIRST
SET OF INTERROGATORIES TO DEFENDANTS; PLAINTIFF'S FIRST
on, April 1, 2002.    at 09:30:00 in Cause No. H020843

And that after due and diligent effort listed below I have been unable to effect personal service upon:  **P.M.E. Corporation**
**D/B/A Sportsmen's Cafe**
**By Delivering To Mitsy Michelle Maris, Registered Agent**

| DATE | TIME | ADDRESS / REASON FOR NON-SERVICE | PCP Ref# R0402 13 |
|---|---|---|---|

04/06/2002  10:00 AM    P.O. Box 51 Port Mansfield TX 78598
  UNABLE TO LOCATE AT THIS LOCATION.
04/19/2002  15:50 PM    P.O. Box 51 Port Mansfield TX 78598
  SPOKE TO SANDY EDWARDS WHO HAS CONTRACT TO DELIVER MAIL TO PORT MANSFIELD, TEXAS. SHE ADVISE SPORTSMEN'S CAFE IS CLOSED.
04/19/2002  15:51 PM    P.O. Box 51 Port Mansfield TX 78598
  SHE ADIVSE MITSY MICHELLE MARIS MOVED TO NEVADA, NO FORWARDING ADDRESS.
04/19/2002  15:52 PM    P.O. Box 51 Port Mansfield TX 78598
  SHE ADVISE MITSY MICHELLE MARIS IS THE DAUGHTER OF NICK MARIS, MITSY IS NO LONGER IN PORT MANSFIELD.
04/19/2002  15:53 PM    P.O. Box 51 Port Mansfield TX 78598
  P.O. BOX 51 IS STILL A GOOD BOX, THEY PICK UP MAIL HERE.
04/20/2002  13:30 PM    634 N. 13th St. Harlingen, Texas 78550
  WAS ADVISE BY HER FATHER NICK MARIS THAT I NEED TO SERVE MITSY IN LAS VEAS, HE WOULD NOT PROVIDE FORWARDING ADDRESS.

I, declare under penalty that the foregoing is true and correct.

_Eddie M Gonzalez_
Eddie M Gonzalez
OR/I.D. #

SWORN TO AND SUBSCRIBED BEFORE ME, the undersigned Notary Public on the 22rd day of
_April_ 2002.

Service Fee $_____

_Juanita D. Saldivar_
Notary Public

Client : PCP Austin
Fax #  : (512) 477-8700

JUANITA G. SALDIVAR
MY COMMISSION EXPIRES
February 02, 2005

#5