In the United States District Court
For the Southern District of Texas
Brownsville Division



United States Courts
Southern District of Texas
FILED
AUG 1 5 2002
Michael N. Milby, Clerk

/-Per-View Ltd.                    + Civil Case
f                                  +
                                   +
                                   H – 02 -0843

efendant;                          B-03-021

ation,
 as Sportsmens Café
 nts

EQUEST FOR DISCOVERY EXTENSION

DATE OF THE CHARGES, ( MARCH 13TH, 1999 )
:T THAT HURRIANE BRETT DESTROYED NINTY
 \T OF ALL THE DEFENDANTS RECORDS ON
, 1999.

ENTS HAVE CONTACTED LOCAL, STATE AND
ENCIES IN AN ATTEMPT TO SUPPLY PLAINTIFF
ISCOVERY THAT HE HAS REQUESTED. BUT
HAVE NOT RECEIVED THIS INFORMATION.
E WE DO NOT HAVE A TIME TO OFFER THE
) WHEN WE CAN PRODUCE DISCOVERY.

RESPECTFULLY SUBMITTED

JAMES PAUL MARIS
AND
P.M.E. CORPORATION
P.O. BOX 51
PORT MANSFIELD, TEXAS 78598

#6