In the United States District Court
For the Southern District of Texas
Brownsville Division



KingVision Pay-Per-View Ltd.          + Civil Case
    Plaintiff                         +
                                           +
    Versus                            H – 02 -0843

Nick Maris,  Defendant;                B.:03 - 021
And
P.M.E. Corporation,
Doing business as Sportsmens Café
    Defendants

## LIST OF CORPORATIONS AND PERSONS WHO HAVE A FINANCIAL INTREST IN THE ABOVE LITIGATION.

1.  JAMES PAUL MARIS AKA NICK MARIS

2.  MITSY M. MARIS

3.  P.M.E. CORPORATION

RESPECTFULLY SUBMITTED

JAMES PAUL MARIS
AND
P.M.E. CORPORATION
P.O. BOX 51
PORT MANSFIELD, TEXAS 78598

#7