

In the United States District Court
For the Southern District of Texas
Brownsville Division

KingVision Pay-Per-View Ltd.  + Civil Case
    Plaintiff  +
          +
    Versus   H – 02 -0843

Nick Maris, Defendant;   B:03-021
And
P.M.E. Corporation,
Doing business as Sportsmens Café
    Defendants

### REQUEST FOR INTRA DISTRICT TRANSFER

WE THE DEFENDANTS, JAMES PAUL MARIS, AKA, NICK MARIS AND P.M.E CORPORATION, DBA SPORTSMENS CAFÉ, IN THE ABOVE CASE RESPECTFULLY REQUEST THAT THE ABOVE CASE BE TRANSFERRED TO THE SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION.

WHILE FILING IN HOUSTON, TEXAS, THE PLAINTIFF SHOWED IN THE HEADING OF HIS SUMMONS AND HIS AMENDED CIVIL COMPLAINT THAT HE WOULD PREFER THIS CASE TO BE HEARD IN BROWNSVILLE, TEXAS.

WE THE DEFENDANTS WERE NOT AWEAR THAT THIS CASE WAS TO BE HEARD IN HOUSTON, TEXAS, UNTIL WE WENT TO THE BROWNSVILLE DIVISION TO FILE OUR RESPONSE AND AT THAT TIME WE LEARNED THAT THE ABOVE CASE WAS IN HOUSTON, TEXAS. DUE TO THE PLAINTIFFS ACTION IN STATEING THAT THE CASE WAS TO BE IN THE BROWNSVILLE DIVISION AND THAT THE ALLEGED COMPLAINT WAS TO HAVE OCCURRED IN THE BROWNSVILLE DIVISION, WE FEEL AN INTRA DISTRICT TRANSFER IS IN ORDER.



RESPECTFULLY SUBMITTED

*[signature]*

JAMES PAUL MARIS
AND
P.M.E. CORPORATION
P.O. BOX 51
PORT MANSFIELD, TEXAS 78598