IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Kingvision, | § | |
|     Plaintiff, | § | B-03-021 |
| v. | § | CIVIL NO.: H-02-843 |
| | § | |
| Nick Maris, et al, | § | |
|     Defendant. | § | |

United States Courts
Southern District of Texas
ENTERED
AUG 27 2002
Michael N. Milby, Clerk of Court

### ORDER FOR REFERENCE TO MAGISTRATE JUDGE MARCIA CRONE

Defendant's Motion for Discovery Extension (Inst. #6) is hereby referred to Magistrate Judge Marcia Crone for disposition and/or recommendation.

The Clerk shall mail a copy of this Order to all counsel of record.

SIGNED at Houston, Texas, on this **26** day of **Aug**, 2002.

_____
DAVID HITTNER
UNITED STATES DISTRICT COURT