United States District Court
Southern District of Texas
FILED

AUG 23 2002

Michael N. Milby, Clerk

## RULE-16 SCHEDULING CONFERENCE MINUTES

JUDGE __MARCIA CRONE__
CLERK __Carol Dennie__
TAPE __082302mac1(704)__   Begin __120__   End __133__
Conference began: __10:37__   Conference ended: __10:38__
DATE __August 23, 2002__

Civil Action  H-_02-843_  B:03-021

_Kingvision_ versus _Nick Maris_

### Appearances

_Richu Baumann atty for π_

_James Paul Maris AKA Nick Maris_

### Docket Entry

[✓] Scheduling Order Entered.
[ ] Consent to Proceed before Magistrate Judge signed by counsel.
[ ] Other

10.