UNITED STATES DISTRICT COURT                                    SOUTHERN DISTRICT OF TEXAS

KINGVISION PAY-PER-VIEW, LTD.,              §
                                            §    UNITED STATES DISTRICT COURT
                                            §    SOUTHERN DISTRICT OF TEXAS
                Plaintiff,                  §    ENTERED
                                            §    **B:03-021**
versus                                      §    AUG 2 7 2002   CIVIL ACTION H-02-843
                                            §
NICK MARIS and P M E CORP.,                 §    Michael N. Milby, Clerk of Court
                                            §
                Defendants.                 §

### RULE 16 SCHEDULING ORDER

This schedule shall govern proceedings in this action. All communications concerning the case shall be directed in writing to Ellen Alexander, Case Manager for Judge David Hittner, P.O. Box 61010, Houston, TX 77208.

1. _October 15, 2002_    NEW PARTIES shall be joined, with leave of court, by this date. The attorney causing such joinder shall provide copies of this ORDER to the new parties.

2.A. _October 15, 2002_    PLAINTIFF shall designate EXPERT WITNESSES. Designation shall be in writing to opponent. Expert reports shall be filed within ~~30~~ 15 days of the designation.

B. _November 14, 2002_    DEFENDANT shall designate EXPERT WITNESSES. Designation shall be in writing to opponent. Expert reports shall be filed within ~~30~~ 15 days of the designation.

3. _January 20, 2003_    AMENDMENTS to pleadings, with leave of court, shall be made by this date.

4. _March 1, 2003_    DISCOVERY shall be completed by this date.

5. _April 1, 2003_    MOTION CUT-OFF. No motion, including motions to exclude or limit expert testimony under Fed. R. Evid. 702, shall be filed after this date except for good cause shown. See LR7.

6. _June 30, 2003_    The JOINT PRETRIAL ORDER shall be filed and the parties shall exchange all trial exhibits on or before this date, notwithstanding that a motion for continuance may be pending. NO LATE EXCHANGES OF EXHIBITS WILL BE PERMITTED. All motions in limine shall be submitted with the pretrial order. Failure to file the joint pretrial order, to submit motions in limine, or to exchange trial exhibits in a timely manner, may result in this case being dismissed or other sanctions imposed, in accordance with all applicable rules.

7. _July/August 2003_    TRIAL TERM. Cases will be set for trial at a docket call, conducted prior to the trial term or by order of the Court. Your position on the docket will be announced at that time.

**All documents filed must be 14 point font, double spaced with not less than one inch margins.**

SIGNED on _8/23/02_

_____
Counsel for Plaintiff



_____
Marcia A. Crone
United States Magistrate Judge

_____
Counsel for Defendant