| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

KINGVISION PAY-PER-VIEW, LTD, §
§
　　　　Plaintiff, §　　　　**B-03-021**
§
versus § CIVIL ACTION H-02-843
§
NICK MARIS, et al., § United States Courts
§ Southern District of Texas
§ ENTERED
　　　　Defendants. §
§ AUG 2 9 2002

**ORDER**　　　　　　Michael N. Milby, Clerk of Court

Upon advice of Plaintiff's counsel that he is withdrawing discovery served upon Defendants *prior* to August 23, 2002, Defendants' Request for Discovery Extension (#6) to respond to written discovery propounded on August 15, 2002, is DENIED as MOOT.

In accordance with the Federal Rules of Civil Procedure and the Local Rules for the Southern District of Texas, Defendants are admonished that any papers filed with the court must be in 14 point type and contain a Certificate of Service that reflects the date and the manner in which the paper was served upon the non-moving party. In addition, any motion filed with the court must contain a Certificate of Conference advising whether the non-moving party is opposed to the motion as well as a proposed Order setting forth the relief requested. The failure to follow these rules may result in papers being stricken from the court record.

SIGNED at Houston, Texas, this 28th day of August, 2002.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Marcia A. Crone
　　　　　　　　　　　　　　　United States Magistrate Judge