UNITED STATES COURTS
SOUTHERN DISTRICT TEXAS

In the United States District Court    SEP 1 2 2002    JS
For the Southern District of Texas
Houston Division    MICHAEL N. MILBY, CLERK OF COURT

KingVision Pay-Per-View Ltd.                          ✦ Civil Case
    Plaintiff                                        ✦
                                                      ✦ H-02-0843
    Versus
                                                      ✦ Judge Crone

Nick Maris & P.M.E. Corporation, both individually doing business
as Sportsmen's Cafe                                   B⁻03-021

    Defendants

PLAINTIFF'S MEMORANDUM IN OPPOSITION
TO DEFENDANTS' MOTION TO TRANSFER VENUE

Plaintiff asks the Court to deny Defendants' motion to transfer venue.

A. Introduction

1.     Plaintiff is KingVision Pay-Per-View Ltd.; Defendants are Nick Maris & P.M.E. Corporation, both individually doing business as Sportsmen's Café.

2.     Plaintiff has not seen the motion to transfer venue to the Brownsville division, and only learned of it by reviewing Pacer. Hence, the late response.

3.     Defendant Maris has not filed an answer, and the corporate defendant's registered agent, who is not an attorney, filed an answer for the corporation.

4.     Since neither defendant has properly answered, and the motion to transfer has not been served, the motion should be denied.

5.     Plaintiff has filed a request for default.

6.     Plaintiff sued Defendants for violation of 47 U.S.C. 605 and 553, arising out of the Defendants' willful and illegal interception and misappropriation of a closed circuit exhibition of the boxing match between Evander Holyfield vs. Lennox Lewis, from Madison Square Garden, in New York City, New York, on March 13, 1999 including undercard or preliminary bouts (the fight will be referred to as the "Event"), at closed-circuit locations, like theaters, arenas, bars, clubs, lounges, restaurants and similar business establishments throughout Texas and other geographical locales in the district court for the South of Texas, Houston division.

B. Argument

Plaintiff's Memorandum in Opposition to Defendants' Motion to Transfer Venue

7.      Although the Court may transfer a suit to any other district or division where it might have been brought for the convenience of the Defendants or their witnesses and in the interest of justice, this is not a case in which the Court should do so. 28 U.S.C. §1404(a). The Plaintiff's choice of forum is given great weight and should not be rejected unless clearly outweighed by other considerations. *Robinson v. Giarmarco & Bill, P.C.*, 74 F.3d 253, 260 (11th Cir. 1996).

8.      The Court should deny Defendants' motion to transfer for the following reason:

   a. The defendants are not properly before the Court and have not served the motion on Plaintiff

   b. The current forum is convenient for the Defendants, and Plaintiff would be inconvenienced by the transfer. *Sorrels Steel Co. v. Great Southwest Corp.*, 651 F.Supp. 623, 629 (S.D. Miss. 1986). Plaintiff's witnesses are flying to attend the trial. The witnesses have to fly through Houston to get to Defendants' proposed venue, so Houston would be better.

## C. Prayer

Plaintiff prays that the motion to transfer venue be denied.

Respectfully submitted,

Riecke Baumann
Attorney at Law
SBOT # 01931700
1601 Westheimer Road
Houston, Texas 77006
T/P    (713) 529-1600
Fax    (713) 520-6417
Riecke@TexasCollect.com

Plaintiff's Memorandum in Opposition to Defendants' Motion to Transfer Venue

In the United States District Court
For the Southern District of Texas
Houston Division

KingVision Pay-Per-View Ltd.                          ✦  Civil Case
    Plaintiff                                          ✦
                                                       ✦  H-02-0843
    Versus
                                                       ✦  Judge Crone
Nick Maris & P.M.E. Corporation, both individually doing business
as Sportsmen's Cafe

    Defendants


### Order Denying Motion to Transfer Venue


    It is ordered that venue shall remain in Houston.  Any motion to transfer venue is denied.

    Signed, on _____, 2002.


_____
Judge Presiding

In the United States District Court
For the Southern District of Texas
Houston Division

KingVision Pay-Per-View Ltd.                                  ✦ Civil Case
    Plaintiff                                              ✦

                                          ✦ H-02-0843

    Versus
                                          ✦ Judge Crone

Nick Maris & P.M.E. Corporation, both individually doing business
as Sportsmen's Cafe

    Defendants

## Certificate of Service

Plaintiff's response to motion to transfer venue was served on Nick Maris and P.M.E. Corporation, on September 12, 2002, by certified mail, at 634 13TH Street, Harlingen, Texas 78550.

Riecke Baumann
Attorney at Law
SBOT # 01931700
1601 Westheimer Road
Houston, Texas 77006
T/P   (713) 529-1600
Fax   (713) 520-6417
Riecke@TexasCollect.com