UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

SEP 1 2 2002

MICHAEL N. MILBY, CLERK OF COURT

In the United States District Court
For the Southern District of Texas
Houston Division

KingVision Pay-Per-View Ltd.
 Plaintiff

✦ Civil Case
✦
✦ H-02-0843

Versus

Nick Maris & P.M.E. Corporation, both individually doing business as Sportsmen's Cafe

✦ B-03-021

 Defendants

## Request for Entry of Default Judgment

Plaintiff, pursuant to Fed. R. Civ. P. 55(a), requests the entry of default of Defendants, Nick Maris & P.M.E. Corporation, both individually doing business as Sportsmen's Cafe

 1. The Complaint in this action was filed on March 12, 2002.

 2. On April 20, 2002, Mitsy Michelle Maris, the Registered Agent for P.M.E. Corporation, Defendant, was personally served with a Summons, Complaint, Request for Admissions, Request for Production of Documents and Interrogatories.

 3. On April 20, 2002, Nick Maris was personally served with a Summons, Complaint, Request for Admissions, Request for Production of Documents and Interrogatories. Affidavits of Service of Process establishing service of the Summons and Complaint upon these individuals have been filed in this action.

 4. Pursuant to the provisions of Fed. R. Civ. P. 12, Defendants were required to serve an answer or otherwise respond to the Complaint within twenty (20) days after being served with the Summons and Complaint. As such, an answer or responsive pleading on behalf of Defendants was to be filed in this action on or before May 13, 2002.

 5. As of the date of this Request, Defendants have failed to file a proper answer or any other pleading in response to the Complaint. Nick Maris, Defendant, did appear before the Court during the Scheduling Conference of the Case. However, Nick Maris still has not answered the Complaint. Mitsy Michelle Maris, the Registered Agent for P.M.E. Corporation, Defendant, filed an answer for the behalf of the Defendant Corporation. However, since Mitsy Michelle Maris is not an officer of the Defendant Corporation, her answer does not constitute a legal answer that prevent the entry of default judgment.

 6. Fed. R. Civ. P. 55(a) provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by [the Federal Rules of Civil Procedure] and that fact is made to appear by affidavit or otherwise, the Clerk shall enter the party's default." Because no defendant has answered or otherwise filed a defense in this action, the Clerk of this Court should enter a default.

 Plaintiff requests that default be entered.

Respectfully submitted,

*[signature]*

Riecke Baumann
Attorney at Law
SBOT # 01931700
1601 Westheimer Road
Houston, Texas 77006
T/P  (713) 529-1600
Fax  (713) 520-6417
Riecke@TexasCollect.com

In the United States District Court
For the Southern District of Texas
Houston Division

KingVision Pay-Per-View Ltd.  ✦ Civil Case
    Plaintiff  
                                                           ✦ H-02-0843

Versus

                                                           ✦ Judge Crone

Nick Maris & P.M.E. Corporation, both individually doing business
as Sportsmen's Cafe

    Defendants

### Certificate of Service

Plaintiff's request for entry of default judgment was served on Nick Maris and P.M.E. Corporation, on September 12, 2002, by certified mail, at 634 13TH Street, Harlingen, Texas 78550.

Riécke Baumann
Attorney at Law
SBOT # 01931700
1601 Westheimer Road
Houston, Texas 77006
T/P   (713) 529-1600
Fax   (713) 520-6417
Riecke@TexasCollect.com