UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED
SEP 1 8 2002
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| KingVision Pay-Per-View, | § | |
| Plaintiff, | § | |
| V. | § | Civil Action No. H-02-843 |
| | § | B:03-021 |
| Nick Maris, et al, | § | |
| Defendant. | § | |

## ORDER

Parties are advised that a hearing will be held on October 7, 2002 at 9:30 a.m., Courtroom 8A, 515 Rusk, Houston, Texas.

Counsel shall at that time be prepared to address Plaintiff's Request for Entry of Default Judgment (Inst. # 14).

**Plaintiff is ordered to provide notice of this hearing to the Defendants.**

The Clerk shall serve a copy of this Order to all Counsel of Record.

SIGNED at Houston, Texas on this the ___17___ day of September, 2002.

_____
DAVID HITTNER
UNITED STATES DISTRICT JUDGE