United States District Court
Southern District of Texas
FILED

OCT 7 2002

Michael N. Milby, Clerk

<u>COURTROOM MINUTES</u>

JUDGE <u>David Hittner</u>           PRESIDING

COURTROOM CLERK <u>E. Alexander</u>

COURT REPORTER <u>Johnny Sanchez</u>

LAW CLERK <u>Shelly Yeatts</u>

MORNING                AFTERNOON
SESSION <u>9:35-9:50</u>   SESSION _____   DATE: <u>10/07/02</u>

<u>DOCKET ENTRY</u>

(DH) <u>H-02-843    B-03-021</u>                (Rptr- Johnny Sanchez)
     (PROCEEDINGS: Default Judgment Hearing)

<u>Kingvision Pay-Per</u>   V.  <u>Nick Maris, et al</u>

Appearances: <u>For Pltf: Riecke Baumann</u>

             <u>For Defts: James Maris pro se</u>

(Inst. #14) Request for Entry of Default Judgment heard and continued to 10/17/02 at 9:30 a.m.

<u>Witnesses:</u>

