

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KING VISION PAY-PER VIEW LTD. | § § § § |
| VS. | § § CIVIL ACTION NO. H-02-0843 |
| NICK MARIS, DEFENDANT AND P.M.E. CORPORATION, DOING BUSINESS AS SPORTSMEN'S CAFÉ, DEFENDANTS | § § B:03-021 § § § § § |

### DEFENDANT, P.M.E. CORPORATION, D/B/A SPORTSMENS CAFÉ'S, NOTICE OF ATTORNEY IN CHARGE

TO THE HONORABLE JUDGE OF SAID COURT:

1. Defendant, P.M.E. Corporation, one of the Defendants herein, designates, John W. Belk as attorney in charge in accordance with local rule 11.

2. John W. Belk is a member in good standing with the State Bar of Texas and is admitted to practice before this Court.

3. John W. Belk's state bar number is 02066500 and his federal bar number is 5984. His office address, telephone number and fax number are as follows:

   John W. Belk
   Sheiness, Scott, Grossman & Cohn, L.L.P.
   1001 McKinney, Suite 1400
   Houston, Texas 77002
   Tel.   713-374-7025
   Fax.   713-374-7049





19

4.  John W. Belk will be responsible for the lawsuit and will be the attorney to receive all communications form the Court and from other parties.

Respectfully submitted,

*John W. Belk*
John W. Belk
SBOT #02066500
Fed. ID #5984
1001 McKinney, Suite 1400
Houston, Texas 77002
Telephone: 713.374.7025
Facsimile:  713.374.7049
Attorney In Charge for Defendant,
**P.M.E Corporation d/b/a Sportsmens Cafe**

Of Counsel
SHEINESS, SCOTT, GROSSMAN
& COHN, L.L.P.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was forwarded to all counsel of record, via certified mail, return receipt requested; facsimile; or by courier, on this the 15th day of October, 2002.

*John W. Belk*
John W. Belk