UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION



United States Courts
Southern District of Texas
FILED

OCT 17 2002

Michael N. Milby, Clerk

| | |
|---|---|
| KING VISION PAY-PER VIEW LTD. § § § | |
| VS. § § | CIVIL ACTION NO. H-02-0843 B-03-0211 |
| NICK MARIS, DEFENDANT AND P.M.E. CORPORATION, DOING BUSINESS AS SPORTSMEN'S CAFÉ, DEFENDANTS § § § § § | |

### DEFENDANT NICK MARIS' MOTION TO WITHDRAW AND TO SUBSTITUTE ATTORNEY IN CHARGE

TO THE HONORABLE JUDGE OF SAID COURT:

1. Defendant, Nick Maris, asks this Court to allow him to withdraw as attorney in charge for himself and to substitute John W. Belk as attorney in charge in his place.

2. Defendant is not a licensed attorney and has appeared *pro se* in this case.

3. Allowing Nick Maris to withdraw from representing himself further in this matter and substituting John W. Belk in his place will not delay these proceedings. Since Mr. Belk is a licensed attorney these proceedings should move more proficiently.

4. Mr. Belk has been fully briefed on the status of this case and has been provided with copies of all pleadings filed in this matter.

WHEREFORE, PREMISES CONSIDERED, Defendant, Nick Maris, respectfully requests that this Court grant his Motion to Withdraw

21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KING VISION PAY-PER VIEW LTD. | § § § | |
| VS. | § § | CIVIL ACTION NO. H-02-0843 |
| NICK MARIS, DEFENDANT AND P.M.E. CORPORATION, DOING BUSINESS AS SPORTSMEN'S CAFÉ, DEFENDANTS | § § § § § | |

## CERTIFICATE OF CONFERENCE
## ON MOTION OF DEFENDANT NICK MARIS FOR LEAVE
## TO WITHDRAW AND SUBSTITUTE ATTORNEY IN CHARGE

I certify that on October 16, 2002, I conferred with Riecke Baumann and he does oppose Defendant, Nick Maris' Motion To Withdraw and Substitute Attorney In Charge.

_____
John W. Belk

and order that John W. Belk be substituted in his place.

Respectfully submitted,

*/s/ James Paul (Nick) Maris*
James Paul (Nick) Maris
121 Matagorda Street
Port Mansfield, Texas 78598
Tel. 956-535-8317

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was forwarded to all counsel of record, via certified mail, return receipt requested; facsimile; or by courier, on this the 16th day of October, 2002.

*/s/ John W. Belk*
John W. Belk

H:\Jbelk\King Vision\Mot.Sub.Counsel.wpd

*[signature: John W. Belk]*

John W. Belk
SBOT #02066500
Fed. ID #5984
1001 McKinney, Suite 1400
Houston, Texas 77002
Telephone: 713.374.7025
Facsimile:   713.374.7049

HOUSTON DIVISION

| | | |
|---|---|---|
| KING VISION PAY-PER VIEW LTD. | § § § | |
| VS. | § § | CIVIL ACTION NO. H-02-0843 |
| NICK MARIS, DEFENDANT AND P.M.E. CORPORATION, DOING BUSINESS AS SPORTSMEN'S CAFÉ, DEFENDANTS | § § § § § § | |

## ORDER ON MOTION TO WITHDRAW

After considering the motion of Defendant, Nick Maris, to withdraw as attorney in charge for himself, the Court

GRANTS Nick Maris' motion to withdraw and ORDERS that John W. Belk be substituted as attorney in charge for Defendant, Nick Maris.

SIGNED on _____, 2002.

_____
U.S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

_____
James Paul (Nick) Maris
121 Matagorda Street
Port Mansfield, Texas 78598
Tel. 956-535-8317