UNITED STATES DISTRICT COURT
.SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

OCT 1 7 2002

Michael N. Milby, Clerk

| | | |
|---|---|---|
| KING VISION PAY-PER VIEW LTD. | § § § | |
| VS. | § § | CIVIL ACTION NO. H-02-0843 |
| NICK MARIS, DEFENDANT AND P.M.E. CORPORATION, DOING BUSINESS AS SPORTSMEN'S CAFÉ, DEFENDANTS | § § § § § § | B:03-0217 |

## DEFENDANT, NICK MARIS', MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant, Nick Maris, requests leave of court to file his First Amended Answer.

### A. Introduction

1.    Plaintiff is King Vision Pay-Per View Ltd.

2.    Defendant is Nick Maris.

3.    Plaintiff sued Defendant for alleged piracy of the cable transmission of a professional heavyweight boxing match under the provisions of 47 U.S.C. 553 and 605.

4.    Although this suit was filed in the Houston Division, Plaintiff's Original Complaint states that it was filed in the Brownsville Division. Defendant filed an answer *pro se* on May 10, 2002. A copy of Defendant's Answer is



attached hereto as Exhibit "A" and incorporated herein by reference.

5.  A Rule 16 Scheduling Order was entered on August 23, 2002. No discovery has been conducted and Rule 26 Disclosures have not yet been made. Plaintiff has filed as Motion For Default Judgment which is presently pending before the Court.

## B. Argument

6.  Unless Plaintiff can show prejudice, bad faith, or undue delay, a court should grant leave to file an amended pleading. *Foman v. Davis*, 371 U.S. 178, 182, 83 S.Ct. 227, 230, 9L.Ed. 2d 222 (1962). Leave to amend should be freely given when justice so requires. Fed. R. Civ. P. 15(a); *Lone Star Ladies Investment Club v. Schlotzsky's, Inc.* 238 F.3d 363, 367 (5th Cir. 2001); *Lowery v. Texas A & M University System*, 117 F.3d 242, 245 (5th Cir. 1997).

7.  The Court should allow the filing of Defendant's First Amended Original Answer because Defendant is not an attorney. Defendant's Original Answer does not fully comply with Rules 8-10 Fed. R. Civ. P. Defendant will be prejudiced in the defense of his case if not allowed to amend his answer.

8.  Plaintiff, King Vision Pay-Per View Ltd., will not be prejudiced by Defendant's First Amended Answer as no discovery has been conducted in this case, and the discovery cur-off date is not until March 1, 2003. Plaintiff will have more than sufficient time to conduct any needed discovery to present its claim.

9.  Defendant, Nick Maris, is filing his First Amended Answer along with this motion.

## C. Conclusion

10. Rule 15(a) Fed. R. Civ. P. provides that leave to amend should be freely given when justice so requires. This case is still in its early stages. No discovery has yet been conducted. Plaintiff will not be prejudiced by the Court allowing Defendant to amend his answer, and Defendant will be better able to prepare and present its defense to Plaintiff's claim if it is allowed to amend its answer.

Respectfully submitted,

John W. Belk
SBOT #02066500
Fed. ID #5984
1001 McKinney, Suite 1400
Houston, Texas 77002
Telephone: 713.374.7025
Facsimile:  713.374.7049
Attorney In Charge for Defendant,
**Nick Maris**

Of Counsel
SHEINESS, SCOTT, GROSSMAN
& COHN, L.L.P.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was forwarded to all counsel of record, via certified mail, return receipt requested; facsimile; or by courier, on this the _16th_ day of _October_, 2002.

John W. Belk

United States District Court
Southern District of Texas
FILED

MAY 1 0 2002

Michael N. Milby
Clerk of Court

**In the United States District Court
For the Southern District of Texas
Brownsville Division**

KingVision Pay-Per-View Ltd.                    +    Civil Case
      Plaintiff                                      +
                                 +
      Versus                                        H – 02 -0843

Nick Maris,  Defendant;
And
P.M.E. Corporation,
Doing business as Sportsmens Café
      Defendants

## RESPONSE

I , JAMES PAUL MARIS, AKA NICK MARIS, DEFENDANT IN ABOVE LAW SUIT HEREIN DENY THE FOLLOWING STATEMENS MADE IN THE ABOVE CASE, STARTING WITH SUMMARY OF FACTS THRU COUNT ONE AND COUNT TWO.

STARTING WITH SUMMARY OF FACTS, I HEREIN DENY THE FOLLOWING PARAGRAPHS.

OPENING SUMMARY OF FACTS:  DENY

**4: DENY**

**13: DENY**

**14: DENY**

**15: DENY**

**16: DENY**

**17: DENY**



1

**18: DENY**

## COUNT 1, VIOLATION OF 47 U.S.C. 553

**20: DENY**

**22: DENY**

**23: DENY**

**24: DENY**

**25: DENY**
    **(A) DENY**
    **(B) DENY**
    **(C) DENY**

## COUNT 11, VIOLATION OF 47 U.S.C. 605

**27: DENY**

**28: DENY**

**29: DENY**

**30: DENY**

**31: DENY**
    **(A) DENY**
    **(B) DENY**
    **(C) DENY**

**RESPECTFULLY SUBMITTED**

**JAMES PAUL MARIS**
**121 MATAGORDA ST.**
**PORT MANSFIELD, TEXAS 78598**
**PHONE 956-535-8317**

2

**UNITED STATES DISTRICT COURT**
**.SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **KING VISION PAY-PER VIEW LTD.** | § § § | |
| **VS.** | § § | **CIVIL ACTION NO. H-02-0843** |
| **NICK MARIS, DEFENDANT AND P.M.E. CORPORATION, DOING BUSINESS AS SPORTSMEN'S CAFÉ, DEFENDANTS** | § § § § § § | |

**CERTIFICATE OF CONFERENCE**
**ON MOTION OF DEFENDANT NICK MARIS**
**FOR LEAVE TO FILE FIRST AMENDED ANSWER**

I certify that on October 16, 2002, I conferred with Riecke Baumann and he does oppose Defendant, Nick Maris' Motion For Leave To File First Amended Answer.

John W. Belk

## HOUSTON DIVISION

| | | |
|---|---|---|
| KING VISION PAY-PER VIEW LTD. | § § § | |
| VS. | § § | CIVIL ACTION NO. H-02-0843 |
| NICK MARIS, DEFENDANT AND P.M.E. CORPORATION, DOING BUSINESS AS SPORTSMEN'S CAFÉ, DEFENDANTS | § § § § § | |

## ORDER ON MOTION FOR LEAVE
## TO FILE FIRST AMENDED ANSWER

After considering the motion of Defendant, Nick Maris, for leave to file his first amended answer, the Court

GRANTS Defendant, Nick Maris's , motion for leave to file first amended answer.

SIGNED on _____, 2002.

_____
U.S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

_____
John W. Belk
SBOT #02066500

Fed. ID #5984
1001 McKinney, Suite 1400
Houston, Texas 77002
Telephone: 713.374.7025
Facsimile:  713.374.7049