UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION



OCT 17 2002

Michael N. Milby, Clerk

| | | |
|---|---|---|
| KING VISION PAY-PER VIEW LTD. | § § § § | |
| VS. | § | CIVIL ACTION NO. H-02-0843 |
| | § § | B-03-021 |
| NICK MARIS, DEFENDANT AND P.M.E. CORPORATION, DOING BUSINESS AS SPORTSMEN'S CAFÉ, DEFENDANTS | § § § § § § § | |

### DEFENDANT, P.M.E. CORPORATION, D/B/A SPORTSMENS CAFÉ'S, MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant, P.M.E. Corporation d/b/a Sportsmens Cafe, requests leave of court to file its First Amended Answer.

### A. Introduction

1. Plaintiff is King Vision Pay-Per View Ltd.

2. Defendant is P.M.E. Corporation d/b/a Sportsmens Cafe

3. Plaintiff sued Defendant for alleged piracy of the cable transmission of a professional heavyweight boxing match under the provisions of 47 U.S.C. 553 and 605.

4. Although this suit was filed in the Houston Division, Plaintiff's Original Complaint states that it was filed in the Brownsville Division. Defendant



filed an answer *pro se* on May 10, 2002.

5. A Rule 16 Scheduling Order was entered on August 23, 2002. No discovery has been conducted and Rule 26 Disclosures have not yet been made. Plaintiff has filed as Motion For Default Judgment which is presently pending before the Court.

## B. Argument

6. Unless Plaintiff can show prejudice, bad faith, or undue delay, a court should grant leave to file an amended pleading. *Foman v. Davis*, 371 U.S. 178, 182, 83 S.Ct. 227, 230, 9L.Ed. 2d 222 (1962). Leave to amend should be freely given when justice so requires. Fed. R. Civ. P. 15(a); *Lone Star Ladies Investment Club v. Schlotzsky's, Inc.* 238 F.3d 363, 367 (5th Cir. 2001); *Lowery v. Texas A & M University System*, 117 F.3d 242, 245 (5th Cir. 1997).

7. The Court should allow the filing of Defendant's First Amended Original Answer because Defendant is not an attorney and was under the mistaken belief that it could appear *pro se*. Defendant's Original Answer does not fully comply with Rules 8-10 Fed. R. Civ. P. Defendant will be prejudiced in the defense of its case if not allowed to amend its answer.

8. Plaintiff, King Vision Pay-Per View Ltd., will not be prejudiced by Defendant's First Amended Answer as no discovery has been conducted in this case, and the discovery cur-off date is not until March 1, 2003. Plaintiff will have more than sufficient time to conduct any needed discovery to present its claim.

9. Defendant, P.M.E. Corporation d/b/a Sportsmens Cafe, is filing its First Amended Answer along with this motion.

## C. Conclusion

10. Rule 15(a) Fed. R. Civ. P. provides that leave to amend should be freely given when justice so requires. This case is still in its early stages. No discovery has yet been conducted. Plaintiff will not be prejudiced by the Court allowing Defendant to amend his answer, and Defendant will be better able to prepare and present its defense to Plaintiff's claim if it is allowed to amend its answer.

Respectfully submitted,

*[signature: John W. Belk]*

John W. Belk
SBOT #02066500
Fed. ID #5984
1001 McKinney, Suite 1400
Houston, Texas 77002
Telephone: 713.374.7025
Facsimile:  713.374.7049
Attorney In Charge for Defendant,
**P.M.E. Corporation d/b/a
Sportsmens Cafe**

Of Counsel
SHEINESS, SCOTT, GROSSMAN
& COHN, L.L.P.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was forwarded to all counsel of record, via certified mail, return receipt requested; facsimile; or by courier, on this the 16th day of October, 2002.

*[signature: John W. Belk]*

John W. Belk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KING VISION PAY-PER VIEW LTD. | § § § § | |
| VS. | § | CIVIL ACTION NO. H-02-0843 |
| NICK MARIS, DEFENDANT AND P.M.E. CORPORATION, DOING BUSINESS AS SPORTSMEN'S CAFÉ, DEFENDANTS | § § § § § § § | |

**CERTIFICATE OF CONFERENCE ON MOTION OF DEFENDANT, P.M.E. CORPORATION D/B/A SPORTSMENS CAFÉ FOR LEAVE TO FILE FIRST AMENDED ANSWER**

I certify that on October 16, 2002, I conferred with Riecke Baumann and he does oppose Defendant, P.M.E. Corporation d/b/a Sportsmens Cafe's Motion For Leave To File First Amended Answer.

*John W. Belk*
John W. Belk

**HOUSTON DIVISION**

| | |
|---|---|
| KING VISION PAY-PER VIEW LTD. § § § | |
| VS. § | CIVIL ACTION NO. H-02-0843 |
| § | |
| NICK MARIS, DEFENDANT § AND § P.M.E. CORPORATION, DOING § BUSINESS AS SPORTSMEN'S § CAFÉ, DEFENDANTS § | |

**ORDER ON MOTION FOR LEAVE**
**TO FILE FIRST AMENDED ANSWER**

After considering the motion of Defendant, P.M.E. Corporation d/b/a Sportsmens Cafe, for leave to file its first amended answer, the Court

GRANTS Defendant, P.M.E. Corporation d/b/a Sportsmens Cafe's, motion for leave to file first amended answer.

SIGNED on _____, 2002.

_____
U.S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

_____
John W. Belk
SBOT #02066500

Fed. ID #5984
1001 McKinney, Suite 1400
Houston, Texas 77002
Telephone: 713.374.7025
Facsimile:   713.374.7049