# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION



| | | |
|---|---|---|
| KING VISION PAY-PER VIEW LTD. | § § § | |
| VS. | § § | CIVIL ACTION NO. H-02-0843 |
| NICK MARIS, DEFENDANT AND P.M.E. CORPORATION, DOING BUSINESS AS SPORTSMEN'S CAFÉ, DEFENDANTS | § § § § § § | B:03-021 |

### DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Nick Maris and P.M.E. Corporation d/b/a Sportsmens Café, Defendants, file the following as their response to Plaintiff's Motion for Default Judgment and Request for Entry Of Default Judgment and would show the Court as follows:

1. Plaintiff states in it Motion for Default Judgment and in its Request for Entry of Default Judgment that all defendants were served with the plaintiff's Complaint and failed to answer or respond. In fact, plaintiff states in its Request for Entry of Default Judgment that Mitsy Michelle Maris, the registered agent for defendant, P.M.E. Corporation, was personally served



on April 20, 2002. Plaintiff's statements are false. Item number 5 in the Court's file is the Declaration of Not Found by the process server, Eddie M. Gonzalez, in which he declares that he was not able to effect personal service on P.M.E. Corporation because he had not been able to locate and serve Mitsy Maris. **Defendant P.M.E. Corporation has never been served with process in this case.**

2. Plaintiff also asserts in its motion and request that Nick Maris has not answered the Plaintiff's Complaint. Plaintiff is again incorrect. Defendant, Nick Maris, filed his Answer on May 10, 2002. A copy of that Answer is attached hereto and incorporated herein by reference. Item 4 of the Court's docket sheet showing a date of 5/10/02 reflects "Answer to pltf's Complaint by Nick Maris, P M E corporation filed." Mr. Maris filed his answer in the Brownsville Division at the same time that the Answer for P.M.E. Corporation was filed. The Answer was filed in the Brownsville Division, because the heading of the Complaint and the Summons both erroneously list the Brownsville Division of the Southern District of Texas as being the Court where the case is pending. Defendant, Nick Maris, timely filed his Answer to plaintiff's Complaint.

3. The Plaintiff further asserts in its Motion for Default Judgment and its

Request for Entry of Default Judgment that Mitsy Michell Maris filed an answer on behalf of P.M.E. Corporation, but that since she is not an officer of the corporation, her answer does not constitute an answer that will prevent the entry of a default judgment. If Misty Michelle Maris was not a proper person to file an answer on behalf of P.M.E. Corporation and her answer on behalf of P.M.E. Corporation is a nullity, then P.M.E. Corporation is not before the Court since it has never been served with process. In that event, the Plaintiff's Complaint as to P.M.E. Corporation should be dismissed for Plaintiff's failure to effect service of process within 120 days of the filing of plaintiff's Original Complaint.

4. Defendant, P.M.E. Corporation acknowledges that it cannot proceed in this matter *pro se*. P.M.E. Corporation incorporates by reference, its Memorandum of Law Regarding Corporation Appearing Pro Se Through Corporate Officer previously filed in the case. P.M.E. Corporation's Answer should not be treated as a nullity or automatically stricken. P.M.E. Corporation should be given a reasonable period of time to secure licensed counsel to appear on its behalf. P.M.E. Corporation has already secured licensed counsel and a Designation Of Attorney In Charge has been filed in this case. Counsel has also prepared and filed a Motion For Leave to File First Amended Answer and First Amended Answer.

5. Defendant, Nick Maris, timely filed an Answer to Plainitff's Original Complaint in the case. Mitsy Michelle Maris filed an Answer on behalf of P.M.E. Corporation. If that answer was sufficient to place P.M.E. Corporation before the Court, then it is sufficient to prevent the entry of a default judgment. If the Answer filed by Mitsy Michelle Maris on behalf of P.M.E Corporation is a nullity then P.M.E. Corporation is not before the Court since it has never been served with process. For the reasons set forth herein, Plaintiff's Motion for Default Judgment and Request for Entry of Default Judgment should be denied.

Respectfully submitted,

John W. Belk
SBOT #02066500
Fed. ID #5984
1001 McKinney, Suite 1400
\Houston, Texas 77002
Telephone: 713.374.7025
Facsimile:  713.374.7049
Attorney In Charge for Defendants,
**Nick Maris and**
**P.M.E Corporation d/b/a**
**Sportsmens Cafe**

Of Counsel
SHEINESS, SCOTT, GROSSMAN
& COHN, L.L.P.

United States District Court
Southern District of Texas
FILED

MAY 1 0 2002

Michael N. Milby
Clerk of Court

In the United States District Court
For the Southern District of Texas
Brownsville Division

KingVision Pay-Per-View Ltd.  + Civil Case
    Plaintiff  +
       +
Versus  H – 02 -0843

Nick Maris, Defendant;
And
P.M.E. Corporation,
Doing business as Sportsmens Café
    Defendants

## RESPONSE

I, JAMES PAUL MARIS, AKA NICK MARIS, DEFENDANT IN ABOVE LAW SUIT HEREIN DENY THE FOLLOWING STATEMENS MADE IN THE ABOVE CASE, STARTING WITH SUMMARY OF FACTS THRU COUNT ONE AND COUNT TWO.

STARTING WITH SUMMARY OF FACTS, I HEREIN DENY THE FOLLOWING PARAGRAPHS.

OPENING SUMMARY OF FACTS: DENY

4: DENY

13: DENY

14: DENY

15: DENY

16: DENY

17: DENY



1

**18: DENY**

### COUNT 1, VIOLATION OF 47 U.S.C. 553

**20: DENY**

**22: DENY**

**23: DENY**

**24: DENY**

**25: DENY**
   (A) DENY
   (B) DENY
   (C) DENY

### COUNT 11, VIOLATION OF 47 U.S.C. 605

**27: DENY**

**28: DENY**

**29: DENY**

**30: DENY**

**31: DENY**
   (A) DENY
   (B) DENY
   (C) DENY

RESPECTFULLY SUBMITTED

*/s/ James Paul Maris*
JAMES PAUL MARIS
121 MATAGORDA ST.
PORT MANSFIELD, TEXAS 78598
PHONE 956-535-8317

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was forwarded to all counsel of record, via certified mail, return receipt requested; facsimile; or by courier, on this the 16th day of October, 2002.

*John W. Belk*
John W. Belk

HOUSTON DIVISION

| | |
|---|---|
| KING VISION PAY-PER VIEW LTD. § § § | |
| VS. § | CIVIL ACTION NO. H-02-0843 |
| § | |
| NICK MARIS, DEFENDANT § AND § P.M.E. CORPORATION, DOING § BUSINESS AS SPORTSMEN'S § CAFÉ, DEFENDANTS § | |

## ORDER ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

After considering the motion of Plaintiff, King Vision Pay-Per View for default judgment against Defendants, Nick Maris and P.M.E. Corporation d/b/a Sportsmens Cafe, the Court

DENIES Plaintiff, King Vision Pay-Per View's motion for default judgment against Defendants, Nick Maris and P.M.E. Corporation d/b/a Sportsmens Cafe.

SIGNED on _____, 2002.

_____
U.S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

*[signature: John W. Belk]*

John W. Belk
SBOT #02066500
Fed. ID #5984
1001 McKinney, Suite 1400
Houston, Texas 77002
Telephone: 713.374.7025
Facsimile:  713.374.7049
Attorney In Charge For Defendants
**Nick Maris and P.M.E. Corporation
d/b/a Sportsmens Cafe**