UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

OCT 1 7 2002

Michael N. Milby, Clerk

| | | |
|---|---|---|
| KING VISION PAY-PER VIEW LTD. | § § § | |
| VS. | § § | CIVIL ACTION NO. H-02-0843 |
| NICK MARIS, DEFENDANT AND P.M.E. CORPORATION, DOING BUSINESS AS SPORTSMEN'S CAFÉ, DEFENDANTS | § § § § § § § | B-03-021 |

### DEFENDANT, P.M.E. CORPORATION, D/B/A SPORTSMENS CAFÉ'S, DEMAND FOR JURY TRIAL

Defendant, **P.M.E. Corporation, d/b/a Sportsmens Cafe** asserts its rights under the Seventh Amendment to the U. S. Constitution and demands, in accordance with Federal Rule of Civil procedure 38, a trial by jury on all issues.

Respectfully submitted,

John W. Belk
SBOT #02066500
Fed. ID #5984
1001 McKinney, Suite 1400
Houston, Texas 77002

                                            Telephone: 713.374.7025
                                            Facsimile:  713.374.7049
                                            Attorney for Defendant,
                                            **P.M.E. Corporation, d/b/a Sportsmens Cafe**

Of Counsel
SHEINESS, SCOTT, GROSSMAN
    & COHN, L.L.P.

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing instrument was forwarded to all counsel of record, via certified mail, return receipt requested; facsimile; or by courier, on this the 16th day of October, 2002.

                                                          */s/ John W. Belk*
                                                          John W. Belk