United States District Court
Southern District of Texas
FILED

OCT 17 2002

Michael N. Milby, Clerk

COURTROOM MINUTES

JUDGE David Hittner                 PRESIDING

COURTROOM CLERK     E. Alexander

COURT REPORTER      Johnny Sanchez

LAW CLERK           Shelly Yeatts

MORNING                 AFTERNOON
SESSION 9:40-9:55       SESSION_____    DATE: 10/17/02

DOCKET ENTRY

(DH) H-02-843          B-03-021          (Rptr- J. Sanchez  )
       (PROCEEDINGS: Motion Hearing                         )

Kingvision                    V.  Nick Marisl, et al

Appearances: For Plaintiff: Riecke Baumann

             For Deft: John Belk

(Inst. # 17) Motion for default Judgment heard and denied.

Witnesses:

29