HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

OCT 2 3 2002

Michael N. Milby, Clerk of Court

| | |
|---|---|
| KING VISION PAY-PER VIEW LTD. § § § | |
| VS. § | CIVIL ACTION NO. H-02-0843 |
| § § | B-05-021 |
| NICK MARIS, DEFENDANT AND P.M.E. CORPORATION, DOING BUSINESS AS SPORTSMEN'S CAFÉ, DEFENDANTS § § § § § | |

**ORDER ON MOTION FOR LEAVE
TO FILE FIRST AMENDED ANSWER**

After considering the motion of Defendant, P.M.E. Corporation d/b/a Sportsmens Cafe, for leave to file its first amended answer, the Court

GRANTS Defendant, P.M.E. Corporation d/b/a Sportsmens Cafe's, motion for leave to file first amended answer.

SIGNED on ___Oct 21___, 2002.

_____
U.S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

_____
John W. Belk
SBOT #02066500

30

Fed. ID #5984
1001 McKinney, Suite 1400
Houston, Texas 77002
Telephone: 713.374.7025
Facsimile:  713.374.7049