HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

OCT 2 3 2002

Michael N. Milby, Clerk of C...

| | | |
|---|---|---|
| KING VISION PAY-PER VIEW LTD. | § § § | |
| VS. | § | CIVIL ACTION NO. H-02-0843 |
| | § | B-03-021 |
| NICK MARIS, DEFENDANT AND P.M.E. CORPORATION, DOING BUSINESS AS SPORTSMEN'S CAFÉ, DEFENDANTS | § § § § § § | |

## ORDER ON MOTION FOR LEAVE
## TO FILE FIRST AMENDED ANSWER

After considering the motion of Defendant, Nick Maris, for leave to file his first amended answer, the Court

GRANTS Defendant, Nick Maris's, motion for leave to file first amended answer.

SIGNED on __Oct 21__, 2002.

_____
U.S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

_____
John W. Belk
SBOT #02066500

31

Fed. ID #5984
1001 McKinney, Suite 1400
Houston, Texas 77002
Telephone: 713.374.7025
Facsimile:  713.374.7049