UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

NOV 0 5 2002

Michael N. Milby, Clerk of Court

| | |
|---|---|
| Kingvision Pay-Per-View,<br>Plaintiff, § | |
| V. § | Civil Action No.: H-02-843<br>B-03-021 |
| Nick Maris, et al,<br>Defendants. § | |

## ORDER

Pending before the Court is the Motion to Transfer Venue (Inst # 8). After considering the motion, the submissions on file and the applicable law, the Court hereby

ORDERS that the Motion to Transfer Venue (Inst. #8) is GRANTED. Pursuant to 28 U.S.C. § 1404(a), this case is transferred to the to the United States District Court for the Southern District of Texas, Brownsville Division.

Signed at Houston, TX on the ___4___ day of November, 2002.

_____
United States District Judge

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, Clerk of Court
By_____
Deputy Clerk

32