UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED
NOV 15 2002
Michael N. Milby, Clerk

| | |
|---|---|
| KING VISION PAY-PER VIEW LTD. § § § | |
| VS. § | CIVIL ACTION NO. H-02-0843 |
| § | B:03-021 |
| NICK MARIS, DEFENDANT § AND § P.M.E. CORPORATION, DOING § BUSINESS AS SPORTSMEN'S § CAFÉ, DEFENDANTS § § § | |

### DEFENDANTS, NICK MARIS' AND P.M.E. CORPORATION D/B/A SPORTSMENS CAFÉ'S DESIGNATION OF EXPERT WITNESSES

**TO:** King Vision Pay-Per View, LTD., and its attorney of record, Mr. Riecke Baumann, The Baumann Law Firm, 1601 Westheimer, Houston, Texas 77006-3795

Defendants, Nick Maris and P.M.E. Corporation, make these expert disclosures as required by Federal Rule 26 (a)(2) and order of the Court.

### A. Identity of Experts

1. The following persons may be used at trial to present to present evidence under Federal Rules of Evidence 702, 703, or 705;

   A. Scott Warunek
   1601 South 77 Sunshine Strip, Ste. C
   Harlingen, Texas 78550
   956-592-0836



B.    John W. Belk
Sheiness, Scott, Grossman & Cohn, L.L.P.
1001 McKinney, Suite 1400
Houston, Texas 77002
713-374-7025

### B. Opinions and Expected Testimony of Experts

**Scott Warunek**    Mr. Warunek has substantial experience in selling, installing and servicing cell phones and satellite television equipment. Mr. Warunek is of the opinion and is expected to testify that premium and/or pay-per view television signals can be intentionally or accidentally sent to a non-subscriber.

**John W. Belk**    Mr. Belk is a licensed attorney. He has practiced law for more than 30 years. He is familiar with the usual and customary charges for handling a case such as the one in question. Mr. Belk is expected to testify as to the reasonableness and necessity of the legal fees incurred by Defendants in the defense of this case.

Respectfully submitted,

*/s/ John W. Belk*
John W. Belk
SBOT #02066500
Fed. ID #5984
1001 McKinney, Suite 1400
Houston, Texas 77002
Telephone: 713.374.7025
Facsimile: 713.374.7049
Attorney for Defendants,
**Nick Maris and P.M.E. Corporation**

Of Counsel
SHEINESS, SCOTT, GROSSMAN
& COHN, L.L.P.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was forwarded to all counsel of record, via certified mail, return receipt requested; facsimile; or by courier, on this the 15th day of November, 2002.

*John W. Belk*
John W. Belk