UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 3 0 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| KING VISION PAY-PER VIEW LTD. | § § § | |
| VS. | § § | CIVIL ACTION NO. B-03-021 |
| NICK MARIS, DEFENDANT AND P.M.E. CORPORATION, DOING BUSINESS AS SPORTSMEN'S CAFÉ, DEFENDANTS | § § § § § § | |

**CERTIFICATE OF FINANCIALLY INTERESTED PARTIES
OF DEFENDANTS, NICK MARIS AND P.M.E. CORPORATION,
DOING BUSINESS AS SPORTSMEN'S CAFE**

COME NOW, **Nick Maris and P.M.E. Corporation, d/b/a Sportsmen's Cafe**, Defendants in the above numbered and entitled cause and file the following as their Certificate of Financially Interested Parties and would show the Court as follows:

The only persons or entities known to Defendants to have a financial interest in the outcome of this matter are:

1. King Vision Pay-Per-View Ltd., Plaintiff

2. James Paul Maris A/K/A Nick Maris, Defendant

3. Mitsy Maris

1

4.   P.M.E. Corporation d/b/a Sportsmen's Cafe.

Respectfully submitted,

*/s/ John W. Belk*
John W. Belk
SBOT #02066500
Fed. ID #5984
1001 McKinney, Suite 1400
Houston, Texas 77002
Telephone: 713.374.7000
Facsimile:  713.374.7049
Attorney for Defendants,
**Nick Maris and P.M.E. Corporation,
d/b/a Sportsmen's Cafe,**

Of Counsel:
SHEINESS, SCOTT, GROSSMAN
     & COHN, L.L.P.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was forwarded to all counsel of record, via certified mail, return receipt requested on this the 27th day of January, 2003.

*/s/ John W. Belk*
John W. Belk