THE HONORABLE JOHN WM. BLACK

INITIAL PRETRIAL CONFERENCE

United States District Court
Southern District of Texas
FILED

MAY 1 4 2003

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-03-021

DATE & TIME: 05-14-03 AT 1:30 P.M.

KING VISION PAY-PER VIEW LTD

PLAINTIFF(S)   RIECKE BAUMANN
COUNSEL

VS.

NICK MARIS, ET AL.

DEFENDANT(S)   JOHN W. BELK
COUNSEL   JOHN T. BLAYLOCK

---

Attorneys Riecke Baumann and John Blaylock appeared telephonically.

Judge Black told parties to submit the pretrial order by the end of June, 2003 and to be prepared for trial at Judge Hanen's order.