IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 11 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

KING VISION PAY-PER VIEW LTD   §
                               §
VS.                            §   CIVIL ACTION NO. B-03-021
                               §
NICK MARIS, ET AL              §

## Scheduling Order

1. Trial: Estimated time to try: ____ days.   ☐ Bench   ■ Jury

2. New parties must be joined by:   _____
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:   _____

4. The defendant's experts must be named with a report furnished by:   _____

5. Discovery must be completed by:   _____

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by:   _____

   Non-Dispositive Motions will be filed by:   _____

************************   The Court will provide these dates.   ************************
7. Joint pretrial order is due:   <u>July 18, 2003</u>

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call is set for 8:30 a.m. on:   <u>July 28, 2003</u>
   before Judge Filemon B. Vela

9. Jury Selection is set for 9:00 a.m. on:   <u>July 29, 2003</u>
   before Judge Filemon B. Vela

**The case will remain on standby until tried.**

Signed this the 9th day of July, 2003.

Andrew S. Hanen
United States District Judge

xc: ALL COUNSEL OF RECORD