IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
JUL 1 8 2003
Michael N. Milby
Clerk of Court

| | |
|---|---|
| KingVision Pay-Per-View Ltd. & | |
| Plaintiff, | |
| & | |
| V. & | Civil Case No. B-0321 |
| & | |
| Nick Maris, Defendant; | |
| And & | |
| P.M. E. Corporation, | |
| doing business as Sportsmen's Café & | |
| Defendants. & | |

## MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes John T. Blaylock, Attorney for Nick Maris, Defendant, and files this Motion for Continuance of this cause from its present setting for Docket Call on July 28, 2003 and Jury Selection on July 29, 2003, and shows the following:

1. Defendant, Nick Maris, has a medical condition which requires treatment during the scheduled Trial Date. See Attached Exhibit A

2. This motion is not made for purposes of delay but that justice may be done.

**WHEREFORE, PREMISES CONSIDERED**, the defendant prays the Court continue this cause on the docket of this Court until a later date so that the defendant may receive a fair trial.

Respectfully submitted,

Blaylock Law Office
2355 Barnard, Suite C
Brownsville, Texas 78520
Tel: (956) 554-3733

By: _____
John T. Blaylock
State Bar No. 00784302
Attorney for Defendant, Nick Maris

## CERTIFIATE OF CONSULTATION

I hereby certify that I contacted the Riecke Baumann, Baumann Law Firm on July 15, 2003 to obtain their Agreement or Objection to this Motion. Counsel Riecke Baumann does not oppose to this Motion.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Continuance was faxed to (713)520-6417and mailed to Riecke Baumann at 1601 Westheimer, Houston, Texas 77006-3795 on July 18, 2003.

_____
John T. Blaylock

**TODD SHENKENBERG, M.D.**
**ONCOLOGY CLINIC**
Valley Baptist Medical Center
2101 Pease Street
Harlingen, Texas 78550
956.389.1055 (Office)
956.389.4513 (Fax)

JULY 17, 2003

RE: PATIENT: JAMES MARIS
MEDICAL RECORD #: 00238356
DATE OF BIRTH: SEPTEMBER 30, 1945

To Whom It May Concern:

James Maris is a patient under my care for retroperitoneal tumor wrapping around his aorta. He is currently referred for laparoscopic surgery for diagnosis and treatment. He is having symptoms of back pain and is unable to participate in his jury procedure that is scheduled at this time.

Please allow him to reschedule his procedure until he can get over his acute medical illness.

Thank you very much,

Todd D. Shenkenberg, MD


Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **KingVision Pay-Per-View Ltd.** **Plaintiff,** | & | |
| | & | |
| V. | & | Civil Case No. __B-0321__ |
| | & | |
| **Nick Maris, Defendant;** And | & | |
| **P.M. E. Corporation,** doing business as Sportsmen's Café | & | |
| **Defendants.** | & | |

## ORDER

On _____, 2003, came on to considered defendant's Motion for Continuance, and it appears to the Court that this Motion should be

       (GRANTED)       (DENIED).

And is hereby set for _____ _____, at ___ A.M.

Signed on _____, 2003

                             _____
                             JUDGE PRESIDING

COPIES TO:
John T. Blaylock, 2355 Barnard, Suite C, Brownsville, Texas 78520
Riecke Baumann, 1601 Westeimer Road, Houston, Texas 77006-3795