IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 2 2 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| KingVision Pay-Per-View Ltd. | & | |
| Plaintiff, | & | |
| V. | & | Civil Case No. __B-0321__ |
| | & | |
| Nick Maris, Defendant; | & | |
| And | & | |
| P.M. E. Corporation, | & | |
| doing business as Sportsmen's Café | & | |
| Defendants. | & | |

### ORDER

On __July 21__, 2003, came on to considered defendant's Motion for Continuance, and it appears to the Court that this Motion should be

(GRANTED)        ~~(DENIED)~~.

Final Pretrial ~~And~~ is hereby set for __October 3, 2003__, at __8:30__ A.M. with jury selection on October 3, 2003 at 9:00 a.m.

Signed on __July 21__, 2003

_____
JUDGE PRESIDING


COPIES TO:
John T. Blaylock, 2355 Barnard, Suite C, Brownsville, Texas 78520
Riecke Baumann, 1601 Westeimer Road, Houston, Texas 77006-3795