*42*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

### NOTICE OF RE-SETTING

AUG 1 3 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| KINGVISION PAY-PER-VIEW, LTD | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.  B-03-021 |
| | § | |
| NICK MARIS DBA SPORTSMEN'S CAFE, | § | |
| ET AL | § | |

TYPE OF CASE:          __X__  CIVIL                                    ____  CRIMINAL

**TAKE NOTICE that the proceeding in this case has been re-set as indicated below:**

TYPE OF PROCEEDING:  **DOCKET CALL and JURY SELECTION**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

PLACE·                                                                    ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**          **THIRD FLOOR COURTROOM, #6**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**

DATE AND TIME PREVIOUSLY SCHEDULED:                    RESET  TO DATE AND TIME:

**Docket Call set for 10/02/03 @ 8:30 am**                    9/30/03 @ 1:30 pm
**Jury Selection set for 10/03/03 @ 9:00 am**                    10/02/03 @ 9:00 am

MICHAEL N. MILBY, CLERK

BY: _~Irma A. Soto~_
Irma A. Soto, Deputy Clerk

DATE: August 13, 2003

**TO:  ALL COUNSEL OF RECORD**