THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

DOCKET CALL
(HELD IN CHAMBERS)

CAB-03-21

CIVIL ACTION NO. 9/30/03     DATE & TIME 9/30/03 @ 1:40 - 1:49 pm

COUNSEL:

| KINGVISION PAY-PER-VIEW LTD | § | Riecke Baumann |
|---|---|---|
| VS | § | |
| NICK MARIS, ET AL dba SPORTSMEN'S CLUB | § | John Blaylock |

United States District Court
Southern District of Texas
FILED
SEP 3 0 2003
Michael N. Milby
Clerk of Court

---

Courtroom Deputy: Irma Soto
Law Clerk:        Christian Southwick
Court Reporter:   Barbara Barnard
CSO:              N/A

Case called on the docket. Riecke Baumann appeared telephonically. John Blaylock appeared for the Defts. All parties announced ready.

Court addresses Deft's, Nick Maris', Motion for Continuance and is granted by the Court without objection. Final Pretrial/Docket Call is reset to 10/28/03 @ 8:30 am before Judge Hanen and Jury Selection is reset to 10/30/03 @ 9:00 am before Judge Vela.

Counsel were advised by the Court that no other continuances will be granted.

Final Pretrial Order is due by 10/21/03.

Court is adjourned.