United States District Court
Southern District of Texas
FILED

OCT 2 8 2003

Michael N. Milby
Clerk of Court

THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

PRETRIAL CONFERENCE

CIVIL ACTION NO. **B-03-021**　　DATE & TIME **10/28/03 @ 8:49-8:51 am**

COUNSEL:

KINGVISION PAY-PER-VIEW LTD　　§　Riecke Baumann

VS　　§

NICK MARIS dba SPORTSMEN'S CAFÉ, ET AL　§　John Blaylock

Courtroom Deputy: Irma Soto
Law Clerk:        Christian Southwick
Court Reporter:   Barbara Barnard
CSO:              Tony Yanez

Case called on the docket. No one appeared for Plaintiff or Defendants.

Pretrial Order was not filed as ordered by the Court.

Case is hereby **DISMISSED** for failure to following the orders of the court.

Court is adjourned.