IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

United States District Court
Southern District of Texas
ENTERED

OCT 3 0 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| KINGVISION PAY-PER-VIEW, LTD., § | |
| Plaintiff, § | |
| § | |
| VS. § | Civil Action No. B-03-021 |
| § | |
| NICK MARIS ET AL., § | |
| Defendants. § | |

### DISMISSAL

On September 30, 2003, this Court conducted a hearing at which counsel for the parties were present during which it scheduled the final pretrial conference/docket call for 8:30 a.m. on October 28, 2003. The parties were to have filed a pretrial order on October 21, 2003. At the scheduled time, this case and cause number were called in open court and no one appeared for either the Plaintiff or the Defendants. Nor have the parties filed the joint pretrial order required under the rules of this Court. The Court previously admonished the parties that no further delay of this case would be tolerated at the September 30 hearing. Accordingly, this case was dismissed in open court for failure to comply with the Court's orders. This order of dismissal is entered in order to memorialize the decision meted out from the bench and the reasons therefor. All pending motions are moot and the District Clerk is directed to close this file.

Signed in Brownsville, Texas, this 28th day of October, 2003.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE